UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YONY SOSA, ~~on Behalf of Himself and All Others Similarly Situated~~,

                Plaintiffs,

v.

SOKOLIN, LLC,

                Defendant.

Case No: 1:21-cv-03225-LGS

## JOINT NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, YONY SOSA, and Defendant, SOKOLIN LLC, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

For Plaintiffs:

By: _____
Michael A. LaBollita, Esq.
Jeffrey M. Gottlieb, Esq.
Dana L. Gottlieb, Esq.
Gottlieb & Associates
150 East 18th Street, Suite PHR
New York, NY 10003
Tel.: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal
*Attorneys for Plaintiff*

Date: 5/17/21

#44281757 v1

For Defendant:

By: _____
Linda H. Joseph, Esq.
Schroder, Joseph & Associates, LLP
392 Pearl Street, Suite 301
Buffalo, NY 14202
Tel.: (716) 881-4902
Fax: (716) 881-4909
ljoseph@sjalegal.com
*Attorneys for Defendant*

Date: 5/26/21

So Ordered.

Dated: June 2, 2021
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

and

By: _____
Anastasia Protopapadakis, Esq.
FL Bar No. 51426
DC Bar No. 986962
Pro Hac Vice Admission Pending
GRAYROBINSON, P.A.
333 S.E. 2 Avenue, Suite 3200
Miami, FL 33131
Tel.: (305) 416-6880
Fax: (305) 416-6887
Anastasia.Protopapadakis@gray-robinson.com
*Attorneys for Defendant*

Date: 5/26/21